# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JOSE PANEQUE LAERA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3235

_____

February 16, 2024

Appeal from the Circuit Court for Hillsborough County; Michael S. Williams, Judge.

Howard L. Dimmig, II, Public Defender, and Maureen S. Surver, Assistant Public Defender, Bartow, for Appellant.

Jose Paneque Laera, pro se.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

   Affirmed.

CASANUEVA, KHOUZAM, and LUCAS, JJ., Concur.


_____

Opinion subject to revision prior to official publication.